UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE MARIN,<br>    Defendant | ) CRIMINAL NO. 14cr10294<br>)<br>) **VIOLATIONS**<br>)<br>) **COUNT ONE:** 18 U.S.C. §641 -<br>) Theft of Public Money<br>)<br>) **CRIMINAL FORFEITURE:** 18 U.S.C.<br>) §981; 28 U.S.C. §2461 |

## INDICTMENT

COUNT ONE:       (18 U.S.C. §641 — Theft of Public Money)

The Grand Jury charges that:

From in or about July 2006, and continuing through in or about July 2014, in the District of Massachusetts,

JOSE MARIN,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and the use of another, on a recurring basis, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security Administration payments having a value of approximately $62,243.01.

All in violation of Title 18, United States Code, Section 641.

<u>FORFEITURE ALLEGATIONS</u>:   (18 U.S.C. §981(a)(1)(C) and
                               28 U.S.C. §2461(c))

1.   Upon conviction of the offense in violation of 18 U.S.C. §641 charged in Count One, the defendant,

JOSE MARIN,

shall forfeit to the United States, pursuant to 18 U.S.C. §981(a)(1)(C) and 28 U.S.C. §2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense, including but not limited to at least $62,243.01 in United States currency.

2.   If any of the property described in Paragraph 1, as a result of any act or omission of the defendant --

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of this Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 28 U.S.C. §2461(c), incorporating 21 U.S.C. §853(p), to seek forfeiture of all other property of the defendant up to the value of the property described in subparagraphs a through e above.

All pursuant to Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
TIMOTHY LANDRY
SPECIAL ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 9, 2014.
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK   10/9/14 @ 2:31